COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF LUIS RAMIREZ AND ALBA RAMIREZ. | § | No. 08-09-00078-CV |
| | § | |
| | § | Appeal from the |
| | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2003AG4905) |
| | § | |

## MEMORANDUM OPINION

The Court reviews this appeal on its own motion to determine whether it should be dismissed for want of jurisdiction. *See* TEX.R.APP.P. 42.3(a). Finding that the notice of appeal was not timely filed, we dismiss the appeal.

A civil appeal is perfected when the notice of appeal is filed. TEX.R.APP.P. 26.1; *Restrepo v. First Nat'l Bank of Dona Ana County, N.M.*, 892 S.W.2d 237, 238 (Tex.App.–El Paso 1995, no writ) (applying former TEX.R.APP.P. 40(a)(1)). When no motion for new trial or request for findings of fact and conclusions of law is filed, the notice of appeal must be filed within thirty days after the judgment is signed. TEX.R.APP.P. 26.1; *Restrepo*, 892 S.W.2d at 238. When a motion for new trial is timely filed, or a party timely files a request for findings of fact and conclusions of law, the notice of appeal is due ninety days after the judgment is signed. *See* TEX.R.APP.P. 26.1(a). An untimely notice of appeal will be considered timely if it is filed within fifteen days after the due date and includes a reasonable explanation for the appellant's failure to file on the due date. *See* TEX.R.APP.P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

The judgment in this case was entered on December 19, 2008. There was no motion for new trial or a request for findings of fact and conclusions of law. Therefore, the notice of appeal was due to be filed no later than January 18, 2009, thirty days after the final judgment. *See* TEX.R.APP.P. 26.1. Appellant did not file a notice of appeal until March 6, 2009. Therefore, Appellant's notice of appeal was untimely filed. By letter dated March 6, 2009, the Clerk of this Court notified Appellant in writing of our intent to dismiss the case for want of jurisdiction because the appeal had not been perfected. *See* TEX.R.APP.P. 42.3(a). Appellant has not responded to the notice. Accordingly, we dismiss the appeal for want of jurisdiction.

GUADALUPE RIVERA, Justice

April 9, 2009

Before Chew, C.J., McClure, and Rivera, JJ.